# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA JANE CAMPBELL,<br><br>                      Petitioner,<br>vs.<br><br>ROBIN BAKER, San Diego Field Office Director, I.C.E., et al.,<br><br>                      Respondents. | CASE NO. 09cv2007 WQH (AJB)<br><br>ORDER TO SHOW CAUSE AS TO WHY THE PETITION FOR HABEAS CORPUS SHOULD NOT BE GRANTED |

HAYES, Judge:

      The matter before the Court is Laura Jane Campbell's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. # 1).

## BACKGROUND

      Petitioner, a native and citizen of the United Kingdom and a lawful permanent resident of the United States, has been in the custody of the Department of Homeland Security since April 9, 2009, awaiting a hearing before an Immigration Judge ("IJ") in her removal proceedings (Doc. # 2-3 at 43). Petitioner had a bond hearing before an IJ on August 28, 2009, which resulted in her release on a $1500 bond on September 2, 2009 (Doc. # 2-3 at 44). The Department of Homeland Security ("DHS") appealed the IJ's bond determination to the Board of Immigration Appeals ("BIA") on September 3, 2009, requesting an emergency stay of the IJ's bond decision (Doc. # 6-2 at 9-10). The BIA granted the request for the stay on September

1  4, 2009 (Doc. 6-2 at 19). On September 15, 2009, DHS notified Petitioner that she must return
2  to DHS detention on September 29, 2009 (Doc. # 6-2 at 20). Petitioner then filed her petition
3  for a writ of habeas corpus (Doc. # 1) alleging that her continued custody violates her right to
4  due process of law. *See Casas-Castrillon v. DHS*, 535 F.3d 942 (9th Cir. 2008).

## ORDER TO SHOW CAUSE

Having reviewed Petitioner's claims, the Court finds that summary dismissal of the petition is unwarranted at this time. *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false."). Accordingly, Respondents are ORDERED TO SHOW CAUSE why the Petition should not be granted by:

(1) filing a written return no later than Tuesday, October 13, 2009;

(2) filing copies of all documents, orders and transcripts relevant to the petition; and

(3) filing a memorandum of law and fact fully stating Respondents' position and making a recommendation regarding the need for an evidentiary hearing on the Petition.

If Petitioner wishes to reply to the return, she may do so by way of a traverse filed no later than Monday, November 2, 2009.

## CONCLUSION

Respondents are HEREBY ORDERED TO SHOW CAUSE why the petition for writ of habeas corpus (Doc. # 1) should not be granted, and shall respond to this Order as outlined above.

DATED: September 21, 2009

**WILLIAM Q. HAYES**
United States District Judge